# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL JOHNSON, | ) Case No.: 1:17-cv-01365-EPG |
| Plaintiff, | ) **ORDER REMANDING CASE** |
| v. | ) (ECF No. 14) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Voluntary Remand, (ECF No. 14), this matter shall be remanded to the Commissioner as authorized by sentence four of 42 U.S.C. § 405(g) and judgment shall be entered for Plaintiff and against Defendant.

On remand, the Office of Disability Adjudication and Review's Appeal Council will remand the case to an Administrative Law Judge ("ALJ") for a decision. The Appeals Council will instruct the ALJ to reconsider the evidence regarding Plaintiff's impairments and limitations. The Appeals Council will instruct the ALJ to take further action, as necessary, to complete the administrative record and resolve the above issues.

\\\
\\\
\\\
\\\
\\\

1

The Clerk of the Court is DIRECTED to enter final judgment in favor of Plaintiff Russell Johnson and against Defendant Nancy A. Berryhill, the Acting Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated: **June 21, 2018**  /s/ Eric P. Grojean
UNITED STATES MAGISTRATE JUDGE